# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

**STATE OF MISSOURI, ex rel.,**
**JEREMIAH W. NIXON,**
**Attorney General of Missouri**

    *v.*

**JANET L. CANDELA, Register No. 87154**

Case Number: 06-4063-CV-C-NKL

_     *Jury Verdict.* This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_x    *Decision by Court.* This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

– that the Magistrate Judge's July 5, 2006 Report and Recommendation is adopted. It is further

– ORDERED that this case is remanded to the Circuit Court of Cole County, Missouri, and costs are assessed against defendant Candela. It is further

– ORDERED that defendant Candela's motion of July 31, 2006, for leave to add a counterclaim is denied, without prejudice to consideration by the Circuit Court of Cole County, Missouri. It is further

– ORDERED that defendant Candela's motion of July 31, 2006, for recusal of the United States Magistrate is denied.

ENTERED ON: November 20, 2006

<u>November 20, 2006</u>

Date

                                        <u>PATRICIA L. BRUNE</u>

                                        Clerk

                                        /s L. Bax

                                        (By) Deputy Clerk